# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted September 16, 2014
Decided October 10, 2014

Before

FRANK H. EASTERBROOK, *Circuit Judge*
KENNETH F. RIPPLE, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| No.: 14-8024 | IN RE: THOMAS J. DART, Sheriff of Cook County, Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-03148 Northern District of Illinois, Eastern Division District Judge Amy J. St. Eve ||

The following are before the court:

1. **DEFENDANT DART'S RULE 23(f) PETITION FOR PERMISSION TO APPEAL**, filed on September 16, 2014, by counsel for the petitioner.

2. **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT DART'S RULE 23(f) PETITION FOR PERMISSION TO APPEAL**, filed on September 29, 2014, by counsel for the respondent.

**IT IS ORDERED** that the petition is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)